PER CURIAM.
We affirm on the authority of Walker v. State, 546 So.2d 764 (Fla. 5th DCA 1989) and Flowers v. State, 567 So.2d 1055 (Fla. 5th DCA 1990). We certify to the supreme court the following question:
IS IT THE INTENT OF THE FLORIDA SENTENCING GUIDELINES THAT LEGAL CONSTRAINT POINTS UNDER RULE 3.701d.6. BE ASSESSED FOR EACH OFFENSE COMMITTED WHILE THE DEFENDANT WAS UNDER LEGAL CONSTRAINT?
DAUKSCH and COBB, JJ„ concur.
COWART, J., dissents with opinion.